IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BABATUNDE ASIMI, | § | |
| TDCJ-CID No.1103964, | § | |
|     Petitioner, | § | |
| v. | § | CIVIL ACTION H-05-3647 |
| | § | |
| DOUGLAS DRETKE, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, WITHOUT PREJUDICE, with respect to petitioner's claims regarding his conviction in cause number 902930, and WITH PREJUDICE, with respect to petitioner's claims regarding his conviction in cause number 892430.

This is a final judgment.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on December 21, 2005.


                                            MELINDA HARMON
                                            UNITED STATES DISTRICT JUDGE